Civil Rights Cla[im]

LezQuan Batts 4462[06H]
168 Frontage Rd.
Newark, N.J. 07114

United States District Court
District of New Jersey

LezQuan Batts
  Plaintiff,

v.

Prea Accomodation Committe (PAC)
Individually and officially
Jane and John Does (1-10)

Civil Action ____

Civil Action
Verified
Complaint

Jury Demand

1. Plaintiff, LezQuan Batts, (hereinafter "PLAINTIFF"), is a prisoner confined at the Northern State Prison 168 Frontage Rd. Newark, N.J. 07114 under SBI# 446206H. She is currently serving a sentence of 5 with 85% under the NERA act.

2. Defendant, PreA Accomodation Committe, Jane and John Doe 1-10 (hereinafter "PAC") are individuals who at all times relevant hereto was employed by New Jersey Department of Corrections as Sub-Committee of the Sexual Assault Advisory Council responsible for making individualized determinations about transgender, intersex, or non-binary incarcerated persons privacy, housing, and program assignment, and had an ethical and legal responsibility to pursue their duties diligently with an even hand and to abstain from

The purpose of their paines

Case 2:24-cv-08717-BRM-JSA   Document 1   Filed 08/23/24   Page 2 of 12 PageID: 2

The purpose of their paines

and conduct which constituted a Crime, Fraud, Malice abuse of Process, abuse of power, Physical abuse Obstruction of Justice, and/or willful misconduct and ~~had~~ or the cover-up of such Conduct resulting in Unauthorized Practice, and had direct Personal involvement and/or actual knowledge and acquiescence in the wrongs enumerated in this Complaint. They/he/she/ are/is State actor(s) acting under color of State law.

### Nature of Action

3. This is an action against the aforementioned Defendants for Unauthorized Practice, inadequate Practice of law, deliberate indifference, Negligence, Civil rights violation retaliation, State intentional infliction of Emotional distress, State Constitutional Claims, eighth amendment violations, First amendment violations and New Jersey law against Discrimination.

### Jurisdiction And Venue

4. Congress enacted the Civil Rights act to redress the deprivation, under color of State law, of rights secured by the laws and Constitution of United States of America. 42 U.S.C Section 1983. The New Jersey legislature enacted the New Jersey Civil rights act to Redress violations of rights secured by the laws and Constitution of the United States and the Constitution of the State of New Jersey. N.J.S.A. 10:6-1 et seq.

## Count One

First Amendment Violation
Retaliation for engaging in a Constitutional
Protected Activity

5. In the month of May 2024, LeeQuon Batts hereinafter referred to as "PLAINTIFF" had her full minimum status revoked, removed from the Minimum Camps and placed back in General Population Single Cell status being subject to isolation and discrimination

6. NJ DOC Internal management Procedure PCS.001.TGI.01 Ensures the rebuttable presumption to live in line with their gender identity

7. Upon Information and belief NJ DOC was put on notice that I was transgender In February 2024. Within 3 business days of notification, the facility IPCM shall Confidentially meet with the Incarcerated Person.

8. There is no rules or rights under this policy promulgated in the Inmate handbook or little opportunity to express their own views with respect to safety and housing

9. Plaintiff had a protected liberty interest to be free from retaliation for filing Grievances

10. Plaintiff's state Created liberty interest to be protected from retaliation is within NJAC. 10A:14.4(b)

11. On July 8th 2024 I was given a 72 hour notice of of this Hearing by a Sgt Jones not the IPCM which is the practice

12. The "PAC" housing/Program review took form of a Civil Contempt proceeding participating in unauthorized practice

13. Plaintiff was not aware that she was entitled to but not required to have Counsel present at any conference with law enforcement agency

14. Anti Competitive witch hunt led by Defendant was less Fair as it directly involved the "PAC" in a Kangaroo Court style justice

15. Defendants criminal unauthorized practice of law made it clear that my right to liberty as a Transgender Women Is hopeless and the intention to suppress my liberty interest is clear

16. The "PAC" neither fairly put the "PLAINTIFF" on notice as to what conduct is prohibited nor protect the transgenders Public Interest.

17. Having a medical procedure for my Chronic care diabetes immediately before this Kangaroo court, I informed the defendant "I couldn't see because the side effects of the medication was affecting me I was told "Close your eyes you can see right" Causing me emotional distress

18. "PLAINTIFF" was asked privileged questions about Criminal Proceedings, Charges I haven't been convicted of, names, dates and other Intrusive, abusive questions.

Case 2:24-cv-08717-BRM-JSA    Document 1    Filed 08/23/24    Page 6 of 12 PageID: 6

19. This "PAC hearing" suppose to address gender Identity Its main focus was my past Criminal proceedings

20. This board made up of Cisgender males and females no known transgender women as myself was sufficiently impartial to make decisions on transgender Care, NJDOC fails to access to adequate medical care for transgender women in their care.

21. Such Rogue and unlawful Pattern Practice of misconduct of the "PAC" is flaunted with impunity and immunity in not only unlawful, unethical, and said actions are outside of the Color of the law and strikes directly at the core of the U.S. Constitution, 1st amendment but it is also conduct that is unbecoming of government officials subjecting "PLAINTIFF" to discrimination in programs or activities sponsored by a public entity. and egregious conduct that outright betrays public trust as public servants and strains the integrity and moral of the profession here at NSP and DOC as a whole.

22. Plaintiff respectfully request the defendants to cease and desist any further retaliation, arbitrary and capricious placement in Isolated Confinement single cell, arbitrary and capricious revocation of my institutional full minimum status

arbitrary Capricious denied of any rights and or privileges where legitimate penological interest is lacking

23. These wrongful acts and omissions by the above defendants constitute violation of Plaintiffs rights under the New Jersey Constitution

24. Plaintiff has suffered injuries as a result of these acts and omissions for which the above named defendant are liable in their individual Capacities amount to be proved at trial

25. The injuries suffered by Plaintiff as a result of these acts and omissions are of a continuing nature, and for which there is no adequate remedy of law

26. The Plaintiff has had Family file grievance with the Ombudsman and has consistently filed grievances concerning the wrongdoing described above and, as to each material allegation herein, the plaintiff has exhausted all availed administrative remedies. The grievances and appeals, however, have routinely been denied without reasonable consideration or investigation.

27. Failure to follow federal regulations and policies

28. Jane doe failed to comply with policy(s) that comported with the PREA standards

Pinterest

You are signed out

Sign in to get the best experience

Continue with email

Continue with Google

By continuing, you agree to Pinterest's **Terms of Service** and acknowledge you've read our **Privacy Policy**. **Notice at collection.**

29. While PREA does not permit inmates to have a private right to sue the violations that occurred with the "DAC" taken as a totality has violated the Plaintiff Eighth Amendment right to be free from cruel and unusual punishment

B.             Prayer for Relief

1. Wherefore, Plaintiff demands judgement against each of the defendants, in their individual and official capacitys as may be appropriate, jointly, severally and in the alternative, or such of them as maybe determined to be liable under the premises, including, but not limited to, punitive damages

2. Plaintiff to recover from Defendants that cost of this action, including reasonable counsel fees, if any and

3. Plaintiff to have such other relief and further relief as may be proper

4. Executed on this July , 2024

*Liz Quan Batts*

Demand for Jury trial

Plaintiff hereby demands trial by Jury on all issues triable herein.

Executed on this July day of 2024

*Liz Quan Betts*

Pinterest    Explore ⌄                                                      G  Use Pinterest with Google                  ✕

                                                    Explore              H&O Clinical PLLC
                                                                         hoclinical@gmail.com




⤒  ...                                                                   Continue as H&O Clinical

Article from calenc                                                      To create your account, Google will share your
                                                                         name, email address, and profile picture with
bestpictur                                                               Pinterest. See Pinterest's privacy policy and terms of
                                                                         service.

Large+Printable+Easy+Crossword+Puzzle

Thanksgiving Crossword Puzzle    Word Puzzles Printable    Thanksgiving Crossw

Printable Pictures
5 followers

Comments

No comments yet! Add one to start the conversation.

Add a comment

## More like this

    

Crossword Puzzles For Adults   Word Pu   Cross Word Puzzles   Mendelian Genetic   Difficult Puzzles   Printable Puzzles For   Right And Wrong   October 1   Adam   Cryptic Crossw

$400.00                                  $2.00                            $1.23                                          $1.63                                              $2.00

Custom Crossword Puzzle by New York      Biology Crosswords I             ZoCo - Large Print Crossword Puzzle            Ministry Game Crossword - SA31 - Be                Biology Crossv
Times constructor for Birthday,          TPT                              Books in Bulk (Vol. 1) - No - I don't need     Steadfast Immovable                                 TPT
Anniversary, Proposal, Wedding                                            an imprint                                     Etsy
Etsy                                                                      ZoCo Products

More like this ⌄

## Certification

I hereby Certify that the matter in controversy is not the subject of any other action or arbitration proceeding now or contemplated and that no other party should be joined in this action except for additional defendants as may be discovered in the future

Executed on this July ,2024

_____
LezQuan Batts

## Declaration

Plaintiff, Pursuant to Title 28 U.S.C Section 1746, declares under penalty of perjury that the following is true and correct

That she is the Plaintiff for this litigation; that she has read the above mentioned Complaint and knows the contents by offical government documents, offical Sources, first hand experiences and based upon information and belief. The allegations contained in this Complaint as they relate to those issues within her knowledge are true

Executed on this July ,2024

_____
LezQuan Batts

Ⓟ Pinterest

‹                                    Visually similar results



Saved from printablee.com

## Large Print Easy Crossword Puzzles - 10 Free PDF Printables | Printablee

On December 21, 1913, The New York Worlds Fun page published the first crossword puzzle. It was created in the 1890s by British writer Arthur Wynne, who immigrated to the United States. .

🌑 Rosemary Huynh saved to       📌 10
   Art